UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-10215-GAO

ANDREW JEUNE,
    Plaintiff,

v.

OFFICER JOHN MCELROY, OFFICER CARLOS AQUINO, OFFICER DANIEL MCNIEL, OFFICER FRANK GREENRIDGE, LIEUTENANT TIMOTHY HOGAN, and the CITY OF CAMBRIDGE,
    Defendants.

## NOTICE OF APPEARANCE

I, Douglas I. Louison, do hereby enter my appearance on behalf of the defendant, Lieutenant Timothy Hogan, in the captioned matter.

Defendant, Lieutenant Timothy Hogan,
By his attorneys,

/s/ Douglas I. Louison
Douglas I. Louison BBO# 545191
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

## CERTIFICATE OF SERVICE

I, Douglas I. Louison, hereby certify that on the 5th day of April, 2005, I electronically filed the foregoing directed to Stephen Hrones, Esquire, Hrones, Garrity & Hedges, LLP, Lewis Wharf, Bay 232, Boston, MA 02110.

/s/ Douglas I. Louison
Douglas I. Louison