UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-10215-GAO

ANDREW JEUNE,
    Plaintiff,

v.

OFFICER JOHN MCELROY, OFFICER CARLOS AQUINO, OFFICER DANIEL MCNIEL, OFFICER FRANK GREENRIDGE, LIEUTENANT TIMOTHY HOGAN, and the CITY OF CAMBRIDGE,
    Defendants.

## NOTICE OF APPEARANCE

I, Regina M. Ryan, do hereby enter my appearance on behalf of the defendant, Lieutenant Timothy Hogan, in the captioned matter.

    Defendant, Lieutenant Timothy Hogan,
    By his attorneys,

    /s/ Regina M. Ryan
    Douglas I. Louison BBO# 545191
    Regina M. Ryan BBO# 565246
    Merrick, Louison & Costello, LLP
    67 Batterymarch Street
    Boston, MA 02110
    (617) 439-0305

## CERTIFICATE OF SERVICE

I, Regina M. Ryan, hereby certify that on the 5th day of April, 2005, I electronically filed the foregoing directed to Stephen Hrones, Esquire, Hrones, Garrity & Hedges, LLP, Lewis Wharf, Bay 232, Boston, MA 02110..

    /s/ Regina M. Ryan
    Regina M. Ryan