UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW JEUNE ) | |
|     Plaintiff, ) | C.A No. 05-CV-10215-GAO |
| v. ) | |
| ) | |
| OFFICER JOHN MCELROY, OFFICER ) | |
| CARLOS AQUINO, OFFICER DANIEL MCNEIL,) | |
| OFFICER FRANK GREENRIDGE, ) | |
| LIEUTENANT TIMOTHY HOGAN, and the ) | |
| CITY OF CAMBRIDGE ) | |
|     Defendants. ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Michael Tumposky as co-counsel for the Plaintiff

in the above-entitled action.

Respectfully Submitted,


//S// Michael Tumposky
Michael Tumposky (BBO#660618)
Hrones, Garrity & Hedges
Lewis Wharf-Bay 232
Boston, MA 02110-3927
T) (617) 227-4019


## CERTIFICATE OF SERVICE

I hereby certify, on this the 3rd day of May, 2005, that I have caused to be served
a copy of this document, where unable to do electronically, by first class mail, on all
counsel of record in this matter.

//S// Michael Tumposky
Michael Tumposky