UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW JEUNE )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>OFFICER JOHN MCELROY, OFFICER )<br>CARLOS AQUINO, OFFICER DANIEL MCNEIL,)<br>OFFICER FRANK GREENRIDGE, )<br>LIEUTENANT TIMOTHY HOGAN, and the )<br>CITY OF CAMBRIDGE )<br>    Defendants. )<br>) | C.A No. 05-CV-10215-GAO |

**COUNSEL CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

In accordance with Local Rule 16.1(D)(3), the undersigned counsel as an authorized representative of Plaintiff Andrew Jeune, certify that counsel and parties have conferred with a view to establishing a budget for the costs of conducting the full course and various alternate courses of litigation and to consider the resolution of the litigation through the use of ADR process such as those outlined in Local Rule 16.1(D)(3).

                                                                   Andrew Jeune
                                                                     By his attorneys,

| | |
|---|---|
| //S// Andrew Jeune<br>Andrew Jeune<br>Plaintiff<br><br><br>Dated:  May 3, 2005 | //S// Michael Tumposky<br>Stephen Hrones<br>BBO # 242860<br>Jessica D. Hedges<br>BBO # 645847<br>Michael Tumposky<br>BBO No. 660618<br>Hrones, Garrity & Hedges<br>Lewis Wharf-Bay 232<br>Boston, MA 02110-3927 |

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on this the 3rd day of May, 2005, I have served a copy of Plaintiff's Local Rule 16.1 Certification, where not able to do so electronically, by first-class mail to all counsel of record in this matter.

                                                        //S// Michael Tumposky  
                                                        Michael Tumposky