UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW JEUNE, )<br>    Plaintiff, )<br> ) CA NO. 05-10215-GAO<br>v. )<br> ) **NOTICE OF APPEARANCE**<br>OFFICER JOHN MCELROY, OFFICER CARLOS )<br>AQUINO, OFFICER DANIEL MCNEIL, )<br>OFFICER FRANK GREENRIDGE, LT TIMOTHY)<br>HOGAN, and the CITY OF CAMBRIDGE, )<br>    Defendants )<br> ) | |

    Please enter my appearance as co-counsel to the Plaintiff, Andrew Jeune, in the above-captioned matter.

                                                Respectfully submitted,
                                                The Plaintiff Andrew Jeune,
                                                By his attorneys,

                                                //S//Jessica D Hedges
                                                Jessica D Hedges (BBO No. 645847)
                                                HRONES GARRITY & HEDGES LLP
                                                Lewis Wharf-Bay 232
                                                Boston, MA 02110-3927
                                                T)617/227-4019

### CERTIFICATE OF SERVICE

    I, Jessica D Hedges, hereby certify that on this 26th day of July, 2005, I served one true and correct copy of the foregoing NOTICE OF APPEARANCE, where unable to do so electronically, by United States First-Class Mail, postage prepaid, as follows:  Thomas J Urbelis, Esq., URBELIS & FIELDSTEEL, 155 Federal St, Boston, MA 02110; Arthur J Goldberg, Esq. Law Dept/City Hall, 795 Mass Ave, Cambridge, MA 02139; Douglas I Louison, Esq., Regina M Ryan, Esq., MERRICK LOUISON & COSTELLO, 67 Batterymarch St, Boston, MA 02110

                                                //S//  Jessica D Hedges
                                                  Jessica D. Hedges