UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ANDREW JEUNE,
          Plaintiff

v.

OFFICER JOHN McELROY,
OFFICER CARLOS AQUINO,
OFFICER DANIEL McNEIL,
OFFICER FRANK GREENRIDGE,
LIEUTENANT TIMOTHY HOGAN, and
CITY OF CAMBRIDGE,
          Defendants

CIVIL ACTION NO.
05-CV-10215 GAO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF DEFENDANT CITY

Pursuant to United States District Court Local Rule 16.1(D)(3), the authorized representative of the Defendant City of Cambridge and undersigned counsel for the City hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of this litigation. In addition, the City's authorized representative and counsel have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Defendant City of Cambridge,
By counsel,

_/s/ Arthur J. Goldberg_
Arthur J. Goldberg, Esq.
Law Department, City Hall
795 Massachusetts Avenue
Cambridge, MA  02139
(617) 349-4121
B.B.O.#543909

Date: 12/1/05

Defendant City of Cambridge,
By its authorized representative,

_/s/ Robert W. Healy_
Robert W. Healy
City Manager