UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*******************************************

ANDREW JEUNE,
          Plaintiff

v.

OFFICER JOHN McELROY,
OFFICER CARLOS AQUINO,
OFFICER DANIEL McNEIL,
OFFICER FRANK GREENRIDGE,
LIEUTENANT TIMOTHY HOGAN, and
CITY OF CAMBRIDGE,
          Defendants

*******************************************

CIVIL ACTION NO.
05-CV-10215 GAO

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF DEFENDANT OFFICERS McELROY, AQUINO, McNEIL, GREENRIDGE AND LIEUTENANT HOGAN

Pursuant to United States District Court Local Rule 16.1(D)(3), the authorized representative of Defendant Officers McElroy, Aquino, McNeil, Greenridge, and Lieutenant Hogan and their undersigned counsel hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of this litigation. In addition, the authorized representative and counsel have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs. The authorized representative of these Defendants for purposes of the litigation budget and the use of alternative dispute resolution programs is the undersigned Cambridge City Manager.

| | |
|---|---|
| Defendant Officers McElroy, Aquino, McNeil, Greenridge, and Lt. Hogan, By their counsel, | Defendant Officers McElroy, Aquino, McNeil, Greenridge, and Lt. Hogan, By their authorized representative, |
| *Thomas J. Urbelis/ACF* <br> Thomas J. Urbelis, Esq. <br> Urbelis & Fieldsteel, LLP <br> 155 Federal Street <br> Boston, MA 02110 <br> (617) 338-2200 <br> B.B.O.# 506560 | *Robert W. Healy* <br> Robert W. Healy <br> City Manager |

Date: