UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05CV10215GAO

ANDREW JEUNE,
  Plaintiff

v.

OFFICER JOHN MCELROY, OFFICER
CAROLOS AQUINO, OFFICER DANIEL
MCNEIL, OFFICER FRANK GREENRIDGE,
LIEUTENANAT TIMOTHY HOGAN, and
the CITY OF CAMBRIDGE,
  Defendants

### DEFENDANTS JOHN McELROY, CARLOS AQUINO, DANIEL McNEIL, FRANK GREENIDGE AND TIMOTHY HOGAN, RULE 26(A)(1) INITIAL DISCLOSURE

Pursuant to Fed.R.Civ.P. Rule 26(a)(1), the Defendants John McElroy, Carlos Aquino, Daniel McNeil, Frank Greenidge and Timothy Hogan hereby make the following initial disclosures:

A.  **Potential Witnesses**

1. All individually named Defendants have some information about the arrest and booking of Plaintiff.

2. Allison Woodman, 33 West Street, Cambridge, MA, (617) 497-0447, was an eyewitness to the attempted break-in in connection with which Plaintiff was arrested.

w:\wp51\work\cambridg\jeune\disclosure.doc

3. Cambridge Hospital employees who dealt with Plaintiff on the day of his arrest also likely have relevant information.

4. Cambridge Officer Steve Kelly, 5 Western Avenue, Cambridge, MA, (617) 349-3300, has information about Plaintiff's behavior while he was being taken to Cambridge Hospital.

5. The individuals who were with the Plaintiff on the day of the incident which is the subject of this action. At this time their identity is unknown.

B. **Documents**

Following is a description by category and location of documents and things in the City of Cambridge's possession that these defendants might use to support their claims or defenses:

1. Police reports concerning the incident at issue, located at the Cambridge Police Department at 5 Western Avenue, Cambridge, MA.

2. Booking tape, located at Cambridge Police Department at 5 Western Avenue, Cambridge, MA.

3. 911 telephone call audiotape, located at the Cambridge Emergency Communications Department, 491 Broadway, Cambridge, MA.

4. Police photographs of the scene of the alleged attempted break-in, located at the Cambridge Police Department at 5 Western Avenue, Cambridge, MA.

2

5. Audiotape of Cambridge District court motion hearing of 12/15/03 in the case of Commonwealth v. Jeune, original tape located at Cambridge District Court, 40 Thorndike Street, Cambridge, MA.

6. Cambridge Police Department policies and procedures, and training records, located at the Cambridge Police Department at 5 Western Avenue, Cambridge, MA.

This listing is made based upon currently known information, as required by Fed.R.Civ.P. Rule 26(a)(1). No representation is made that this is a full and final listing of documents that the Defendants will ultimately use at the trial of this matter.

These Defendants do not waive any objections they may have to the production in discovery or admission in evidence of the above-mentioned items.

C. **Damages**

The Defendants have not yet identified any damages they are claiming in connection with this litigation.

D. **Insurance**

None.

Date:  December 21, 2005

                                                    Respectfully submitted,
JOHN McELROY, CARLOS AQUINO,
DANIEL McNEIL, FRANK GREENIDGE
and TIMOTHY HOGAN
By their attorney,

_____
Thomas J. Urbelis, Esquire
BBO #506560
Urbelis & Fieldsteel, LLP
155 Federal Street
Boston, MA 02110
(617) 338-2200


## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the foregoing by mailing same, postage prepaid to Attorney Stephen Hrones, Hrones & Garrity, Lewis Wharf – Bay 232, Boston, MA 02110-3927, Attorney Arthur J. Goldberg, City of Cambridge, Office of the Solicitor, 795 Massachusetts Avenue, Cambridge, MA 02139 and Attorney Douglas Louison, Merrick, Louison & Costello, LLP, 67 Batterymarch Street, Boston, MA 02110 on this 21st day of December, 2005.

_____
Thomas J. Urbelis, Esquire

4