UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
ANDREW JEUNE                              )
     Plaintiff,                             )        C.A No. 05-CV-10215-GAO
                                          )
v.                                        )
                                          )
OFFICER JOHN MCELROY, OFFICER             )
CARLOS AQUINO, OFFICER DANIEL MCNEIL,)
OFFICER FRANK GREENRIDGE,                 )
LIEUTENANT TIMOTHY HOGAN, and the         )
CITY OF CAMBRIDGE                         )
     Defendants.                            )
_____ )

### ASSENTED-TO REQUEST FOR REFERRAL TO ADR

The Plaintiff hereby requests referral to Alternative Dispute Resolution.  The Plaintiff

further requests that, if available, Judge Bowler serve as the mediator.  Defendant assents to

these requests.


                                       Respectfully Submitted
                                       Plaintiff Andrew Jeune
                                       By his attorneys,


                                       //s// Michael Tumposky
                                       Stephen Hrones
                                       BBO # 242860
                                       Jessica D. Hedges
                                       BBO # 645847
                                       Michael Tumposky
Dated:  April 7, 2006                       BBO No. 660618
                                       Hrones, Garrity & Hedges
                                       Lewis Wharf-Bay 232
                                       Boston, MA 02110-3927
                                       T) 617 227-4019

## CERTIFICATE OF SERVICE

I hereby certify that, on this the 7th day of April, 2006, I have served a copy of this document, where unable to do so electronically, by first-class mail, postage prepaid, as follows: Arthur J. Goldberg Cambridge City Law Department, 795 Massachusetts Avenue, Cambridge, MA 02139; Douglas I. Louison, Merrick, Louison & Costello, 67 Batterymarch Street, Boston, MA 02110; Thomas J. Urbelis, Urbelis & Fieldsteel, LLP, 155 Federal Street, Boston, MA 02110.

//s// Michael Tumposky
Michael Tumposky