## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

<u>Andrew Jeune</u>
   **Plaintiff**

    **V.**       **CIVIL CASE NO. 05-10215-GAO**

<u>Officer John McElroy, et al.</u>
   **Defendants**

### NOTICE AND ORDER

<u>Bowler, U.S.M.J.</u>

PLEASE TAKE NOTICE that the above-entitled case has been set for a <u>Mediation Hearing</u> on <u>July 10, 2006</u> at <u>10:00</u> A.M. before Magistrate Judge <u>Marianne B. Bowler</u> in Courtroom # <u>25</u>.

It is further ORDERED that all parties with binding authority are to attend, leave of Court is required for any exceptions. All confidential mediation briefs are TO BE SUBMITTED TO THE COURT VIA FACSIMILE at (617) 204-5833 TWO BUSINESS DAYS PRIOR TO THE HEARING.

                SARAH A. THORNTON,
                CLERK OF COURT

<u>4/14/2006</u>          By: <u>/s/ Marc K. Duffy</u>
 Date              Deputy Clerk