UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*****************************************
ANDREW JEUNE,
                Plaintiff

v.                                                     CIVIL ACTION NO.
                                                     05-CV-10215 GAO

OFFICER JOHN McELROY,
OFFICER CARLOS AQUINO,
OFFICER DANIEL McNEIL,
OFFICER FRANK GREENRIDGE,
LIEUTENANT TIMOTHY HOGAN, and
CITY OF CAMBRIDGE,
                Defendants
*****************************************

## JOINT MOTION TO MODIFY SCHEDULING ORDER

       Now come the parties in this case pursuant to United States District Court Local Rule 16.1(G) and submit this Joint Motion to Modify Scheduling Order for the Court's consideration. On December 8, 2005, this Court held a Scheduling Conference for this matter which resulted in an Order that fact discovery on the individual officers is due at the end of June, 2006 and that set a status conference on July 19, 2006 to consider further scheduling matters. After the Scheduling Conference the parties agreed to try to resolve this case through mediation. The parties agreed to request that Magistrate Judge Bowler act as mediator. On April 13, 2006, the parties received electronic notice that Magistrate Judge Bowler had been appointed as mediator. On April 14, 2006, the parties were notified that the mediation had been scheduled before Magistrate Judge Bowler for July 10, 2006.

       The parties hereby jointly request that the fact discovery deadline on the claims against the individual officers be extended until September 15, 2006. This extension

would allow the parties to keep the costs of litigation down prior to the scheduled mediation by allowing them to avoid the expenditure of the time and money otherwise needed to perform the discovery on the claims against the individual officers.  The parties intend to stay discovery until after the mediation.

| Defendant Officers McElroy, Aquino, McNeil, Greenridge, and Lt. Hogan, By their attorney, | Defendant City of Cambridge By its attorney, |
|---|---|
| /s/ Thomas J. Urbelis_____ Thomas J. Urbelis, Esq. B.B.O.#506560 Urbelis & Fieldsteel, LLP 155 Federal Street Boston, MA   02110 (617) 338-2200 | /s/ Arthur J. Goldberg_____ Arthur J. Goldberg, Esq.  B.B.O.#543909 Law Department, City Hall 795 Massachusetts Avenue Cambridge, MA   02139 (617) 349-4121 |

Plaintiff Andrew Jeune,
By his attorney,


/s/ Stephen Hrones_____
Stephen Hrones, Esq.  B.B.O.#242860
Jessica Hedges, Esq.  B.B.O.#645847
Hrones & Garrity
Lewis Wharf—Bay 232
Boston, MA   02110-3927


Date:  May 24, 2006